1  MICHAEL E. BREWER, Bar No. 177912
   mbrewer@littler.com
2  ANNE-MARIE WAGGONER, Bar No. 173407
3  awaggoner@littler.com
   GREGORY G. ISKANDER, Bar No. 200215
4  giskander@littler.com
   LITTLER MENDELSON, P.C.
5  Treat Towers
   1255 Treat Boulevard, Suite 600
6  Walnut Creek, California 94597
   Telephone: 925.932.2468

MARK R. THIERMAN, Bar No. 72913
THEIRMAN LAW FIRM, PC
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: 775.284.1500

SHAUN SETAREH, Bar No. 204514
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Blvd., Penthouse Suite #3
Beverly Hills, California 90212
Telephone: 310.888-7771

Attorneys for Plaintiff
*BRUCE MAYNARD*

8  JEREMY A. ROTH, Bar No. 129007
   jroth@littler.com
9  DAVID J. DOW, Bar No. 179407
   ddow@littler.com
10 JERRILYN T. MALANA, Bar No. 195260
   jmalana@littler.com
11 LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
12 San Diego, California 92101.3577
   Telephone: 619.232.0441

Attorneys for Defendant
*AUTOZONE, INC. (Jimmy Ellison, Maynard, Doland, and Escalante Matters, Only)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION, | Case No. 3:10-md-02159-CRB<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF MAYNARD'S CLAIMS WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii); AND [~~PROPOSED~~] ORDER**<br><br>Trial Date: None |

### STIPULATION

Plaintiff Bruce Maynard ("Plaintiff Maynard"), on the one hand, and Defendant AutoZone, Inc. ("Defendant"), on the other hand, jointly stipulate to dismiss Plaintiff Maynard's Class Action

1  Complaint for Waiting Time Penalties (CAL. LAB. CODE § 203); Violations of the California
2  Business & Professions Code (CAL. BUS. & PROF. CODE § 17200 et seq.) ("Complaint") <u>with</u>
3  <u>prejudice</u> as follows:

4  WHEREAS, on August 12, 2009, Plaintiff Maynard filed his Complaint in Los Angeles
5  County Superior Court;

6  WHEREAS, on October 1, 2009, Defendant answered the Complaint;

7  WHEREAS, on October 2, 2009, Defendant timely filed a motion to remove Plaintiff
8  Maynard's Complaint to the Central District of California;

9  WHEREAS, on June 15, 2010, the United States Judicial Panel on Multidistrict Litigation
10  ordered Plaintiff Maynard's Complaint be consolidated with three other actions for pretrial
11  proceedings in the Northern District of California,

12  WHEREAS, on January 24, 2011, the parties hereby stipulate and agree to the dismissal of
13  Plaintiff Maynard's Complaint with prejudice, pursuant to Federal Rule of Civil Procedure
14  41(a)(1)(A)(ii), each party to bear his or its own costs and attorneys' fees.

15  IT IS SO STIPULATED.

Date: 1/27/12

MARK R. THIERMAN
SHAUN SETAREH
Attorneys for Plaintiff
BRUCE PAUL MAYNARD

Date: 1/27/12

MICHAEL E. BREWER
ANNE-MARIE WAGGONER
JERRILYN T. MALANA
Littler Mendelson, P.C.
Attorneys for Defendant
AUTOZONE, INC.

(CASE NO. 3:10-MD-02159-CRB)    2.    JOINT STIP TO DISMISS MAYNARD'S CLAIMS WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii); AND [PROPOSED] ORDER

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

Plaintiff Maynard's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: __Jan. 31__, 2012



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

Firmwide:107063606.2 013306.2161