1   MICHAEL E. BREWER, Bar No. 177912
    mbrewer@littler.com
2   ANNE-MARIE WAGGONER, Bar No. 173407
3   awaggoner@littler.com
    GREGORY G. ISKANDER, Bar No. 200215
4   giskander@littler.com
    LITTLER MENDELSON, P.C.
5   Treat Towers
    1255 Treat Boulevard, Suite 600
6   Walnut Creek, California 94597
    Telephone: 925.932.2468
7

    MARK R. THIERMAN, Bar No. 72913
    THEIRMAN LAW FIRM, PC
    7287 Lakeside Drive
    Reno, Nevada 89511
    Telephone: 775.284.1500

    SHAUN SETAREH, Bar No. 204514
    LAW OFFICES OF SHAUN SETAREH
    9454 Wilshire Blvd., Penthouse Suite #3
    Beverly Hills, California 90212
    Telephone: 310.888-7771

    Attorneys for Plaintiff
    *BRUCE MAYNARD*

8   JEREMY A. ROTH, Bar No. 129007
    jroth@littler.com
9   DAVID J. DOW, Bar No. 179407
    ddow@littler.com
10  JERRILYN T. MALANA, Bar No. 195260
    jmalana@littler.com
11  LITTLER MENDELSON, P.C.
    501 W. Broadway, Suite 900
12  San Diego, California 92101.3577
    Telephone: 619.232.0441
13

14  Attorneys for Defendant
    *AUTOZONE, INC. (Jimmy Ellison, Maynard, Doland, and Escalante Matters, Only)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION, | Case No. 3:10-md-02159-CRB<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF MAYNARD'S CLAIMS WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii); AND [~~PROPOSED~~] ORDER**<br><br>Trial Date: None |

**STIPULATION**

Plaintiff Bruce Maynard ("Plaintiff Maynard"), on the one hand, and Defendant AutoZone, Inc. ("Defendant"), on the other hand, jointly stipulate to dismiss Plaintiff Maynard's Class Action

1  Complaint for Waiting Time Penalties (CAL. LAB. CODE § 203); Violations of the California
2  Business & Professions Code (CAL. BUS. & PROF. CODE § 17200 et seq.) ("Complaint") with
3  prejudice as follows:

4  WHEREAS, on August 12, 2009, Plaintiff Maynard filed his Complaint in Los Angeles
5  County Superior Court;

6  WHEREAS, on October 1, 2009, Defendant answered the Complaint;

7  WHEREAS, on October 2, 2009, Defendant timely filed a motion to remove Plaintiff
8  Maynard's Complaint to the Central District of California;

9  WHEREAS, on June 15, 2010, the United States Judicial Panel on Multidistrict Litigation
10 ordered Plaintiff Maynard's Complaint be consolidated with three other actions for pretrial
11 proceedings in the Northern District of California,

12 WHEREAS, on January 24, 2011, the parties hereby stipulate and agree to the dismissal of
13 Plaintiff Maynard's Complaint with prejudice, pursuant to Federal Rule of Civil Procedure
14 41(a)(1)(A)(ii), each party to bear his or its own costs and attorneys' fees.

15 IT IS SO STIPULATED.

Date: 1/27/12

MARK R. THIERMAN
SHAUN SETAREH
Attorneys for Plaintiff
BRUCE PAUL MAYNARD

Date: 1/27/12

MICHAEL E. BREWER
ANNE-MARIE WAGGONER
JERRILYN T. MALANA
Littler Mendelson, P.C.
Attorneys for Defendant
AUTOZONE, INC.

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

Plaintiff Maynard's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: ___Jan. 31___, 2012



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT
JUDGE

Firmwide:107063606.2 013306.2161

(CASE NO. 3:10-MD-02159-CRB)   3.   JOINT STIP TO DISMISS MAYNARD'S CLAIMS WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii); AND [PROPOSED] ORDER

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468